UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSE MARIA CORREDOR-IBAGUE, )<br>a/k/a "Boyaco," )<br>)<br>Defendant. ) | Criminal Case Nos.:  04-cr-212-01 (GK)<br>06-cr-344-01 (GK) |

## GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENTS

In light of the resolution in a related case, the United States, by the undersigned attorneys, respectfully submits this motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the indictments in the case numbers above against defendant Jose Maria Corredor-Ibague. Defense counsel does not object to this motion.

Respectfully submitted this 10th day of September 2013.

ARTHUR G. WYATT, Chief  
Narcotic and Dangerous Drug Section  
United States Department of Justice

By: _____  
Jamie Perry, Trial Attorney  
Narcotic and Dangerous Drug Section  
Criminal Division  
United States Department of Justice  
145 N Street, Northeast  
East Wing, Second Floor  
Washington, D.C. 20530  
Phone: (202) 307-3262  
Jamie.Perry@usdoj.gov

By: ___/s/_(by permission)_____  
David P. Cora, Trial Attorney  
Counterterrorism Section  
National Security Division

RONALD C. MACHEN JR.  
United States Attorney

By: ___/s/_(by permission)_____  
Anthony Asuncion  
Assistant United States Attorney  
D.C. Bar Number: 420822  
U.S. Attorney's Office  
555 4th Street, Northwest  
Washington, D.C. 20530  
Phone: (202) 252-7913

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Unopposed Motion To Dismiss was filed on September 10, 2013, and that a copy was served via email upon Ron Earnest and Richard Gilbert, counsel for the defendant.

_____
Jamie Perry